JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

[additional counsel listed in signature block]



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as the Acting Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:17-cv-07209-YGR<br><br>**JOINT STIPULTION OF DISMISSAL WITH PREJUDICE** |

1     WHEREAS, Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Clean Air Council alleged in their Complaint that Defendant, Andrew R. Wheeler, in his official capacity as the Acting Administrator of the U.S. Environmental Protection Agency ("EPA") has failed to make findings of failure to submit nonattainment state implementation plans ("SIPs") for various nonattainment areas or portions of nonattainment areas for various elements of Clean Air Act ("CAA") subsection 189(a)(2), 42 U.S.C. § 7513a(a)(2), for the 2012 fine particulate matter ("PM$_{2.5}$") national ambient air quality standards ("NAAQS") (Dkt. No. 1);

    WHEREAS, on February 26, 2018, EPA answered the Complaint (Dkt. No. 27);

    WHEREAS, EPA made findings of failure to submit a SIP for each of the states and elements identified in Table 1 of the Joint Case Management Statement (Dkt. No. 28) except for the State of Idaho that submitted a SIP addressing the nonattainment new source review plan requirements ("NNSR") on March 20, 2018 (the "Idaho Claim"), and thus, it is EPA's position that no finding was required as to that element. *Final Rule*, 83 Fed. Reg. 14759 (Apr. 6, 2018). EPA thus notified the Court on April 6, 2018 that it believed "[a]ll substantive claims in the Complaint (Dkt. No. 1) are therefore moot;"

    WHEREAS, Plaintiffs are concerned that it is possible that the State of Idaho may claim in the future that it has withdrawn its March 20, 2018 submittal and that this would necessitate Plaintiffs bringing a new claim for EPA's failure to make a finding of failure to submit with regard to the State of Idaho;

    WHEREAS, EPA reserves all defenses related to the Idaho Claim presented in the Complaint and any future allegation related to a SIP addressing the NNSR requirements for the 2012 PM$_{2.5}$ NAAQS for the West Silver Valley, Idaho: Shoshone County (part) nonattainment area, 80 Fed. Reg. 2206, 2232 (Jan. 15, 2015);

    WHEREAS, the parties agree that all substantive claims are now moot;

    WHEREAS, the parties have resolved Plaintiffs' claim for cost of litigation pursuant to CAA section 304(d), 42 U.S.C. § 7604(d);

NOW THEREFORE, the parties stipulate that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii):

1. All claims except as the Idaho Claim are dismissed with prejudice.
2. The Idaho Claim is dismissed without prejudice.
3. Plaintiffs' claim for costs of litigation is dismissed with prejudice.

Respectfully submitted,

Date: October 5, 2018 /s/ Robert Ukeiley (email auth. 10/5/18)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Keri N. Powell, Admitted *Pro Hac Vice*
POWELL ENVIRONMENTAL LAW, LLC
315 W. Ponce de Leon Ave., Ste. 842
Decatur, GA 30030
Tel: (678) 902-4450
Email: kpowell@powellenvironmentallaw.com

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

Date: October 5, 2018

                         JEFFREY H. WOOD
                         Acting Assistant Attorney General
                         Environment and Natural Resources Division

                          /s/ Leslie M. Hill (email auth. 10/5/18)
                         LESLIE M. HILL (D.C. Bar No. 476008)
                         U.S. Department of Justice
                         Environment & Natural Resources Division
                         Environmental Defense Section
                         601 D Street N.W., Suite 8000
                         Washington D.C. 20004
                         Tel: (202) 514-0375
                         Leslie.Hill@usdoj.gov

                         *Attorneys for Defendant*

# [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties have jointly stipulated to dismissal of this matter (Dkt. No. 43). In light of the stipulated dismissal, the compliance hearing set for Friday, October 12, 2018 on the Court's 9:01 a.m. calendar is hereby VACATED.

**IT IS SO ORDERED**.

DATED this __9__ day of October, 2018.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE